1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, an individual, and EDITH PORTILLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: **2:23-cv-02453-SSC**<br><br>*Assigned Magistrate Judge: Stephanie S. Christensen*<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: February 24, 2025   By: _____
                                                              Hon. Stephanie S. Christensen
                                                              United States District Judge